**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**


Bruce Jones.                                          Case No.: 1:11CV1155

      Petitioner

   v.                                                **ORDER**


Kimberly Clipper,

      Respondent


This is a habeas corpus case in which, following remand from the Sixth Circuit for issuance or denial of a certificate of appealability and, thereafter, referral by me to the Magistrate Judge for a Report and Recommendation as to that issue and the Magistrate Judge's filing of his Report and Recommendation, the petitioner has filed his objection to the Magistrate Judge's recommendation that no certificate issue. (Doc. 26).

Petitioner filed his objections on February 15, 2013, The respondent has not responded to the objections.

On *de novo* review, I agree with the Magistrate Judge's thorough analysis, which I adopted . There is no substantial or potentially meritorious claim for appeal.

It is, accordingly,

ORDERED THAT;

1.      The objections of the petitioner to the Magistrate Judge's Report and

        Recommendation be, and the same hereby are overruled; and

2.       The Report and Recommendation of the United States Magistrate Judge be, and

        the same hereby is adopted as the order of this court.

So ordered.

<u>/s/ James G. Carr</u>
Sr. U.S. District Judge